

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Thomas Alonzo, Jr.,

\* From the 132nd District Court
of Scurry County
Trial Court No. 10487.

Vs. No. 11-17-00303-CR

\* October 24, 2019

The State of Texas,

\* Memorandum Opinion by Stretcher, J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J., sitting
by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.